UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Jaclinn PULLMAN,

                       **Plaintiff,**

      -against-

ALPHA MEDIA PUBLISHING, INC., et al.,

                       **Defendants.**

-----------------------------------------------------------------X

12-CV-01924 (PAC)(SN)

CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING
ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2013

**SARAH NETBURN, United States Magistrate Judge:**

    On May 28, 2013, the parties appeared for an Initial Pretrial Conference. After review of the pleadings and consultation with the parties, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

    **Pleadings and Parties.** The parties may amend the pleadings or join additional parties until July 30, 2013.

    **Discovery.** The parties shall submit a proposed Protective Order by May 31, 2013. All fact discovery shall be completed by January 2, 2014. Expert reports and the disclosure of expert testimony, conforming to the requirements of Rule 26(a)(2)(B) and (C) of the Federal Rules of Civil Procedure, must be served by January 6, 2014, by the party bearing the burden on an issue. Identification of rebuttal experts and disclosure of their expert testimony must occur by March 6, 2014. All expert discovery shall be completed by April 3, 2014.

    **Status Letter.** A joint letter informing the Court about the status of discovery shall be sent to Chambers by July 30, 2013. Such letter shall be submitted in accordance with the Court's Individual Practices. The letter should address any outstanding discovery disputes. It should also

indicate whether the parties wish to schedule a settlement conference and, if so, include proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

**Summary Judgment Motion.** No party may make a motion for summary judgment until the close of discovery. Any party that wishes to file a motion for summary judgment must file a pre-motion letter with the Court by April 21, 2014.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          May 28, 2013

2